ACCEPTED
01-15-00617-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 2:15:48 PM
CHRISTOPHER PRINE
CLERK



San Antonio | Austin | Rio Grande Valley

2500 W. William Cannon, Suite 609, Austin, Texas 78745-5320
V 512-279-6431 | F 512-279-6438

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 2:15:48 PM
CHRISTOPHER A. PRINE
Clerk

July 24, 2015

Cynthia Martinez Montalvo                    **Via Electronic Notification and email**
152nd Civil District Court
201 Caroline, Suite 250
P.O. Box 4651
Houston, Texas 77210

Re:     *Bob Deuell* v. *Texas Right to Life Committee, Inc.*
        (Cause No. 2014-32179 in the 152nd Judicial District Court of Harris County, Texas)

Dear Ms. Martinez-Montalvo:

Pursuant to Rule 35 of the Texas Rules of Appellate Procedure, our office is requesting that you prepare, certify and file with the First Court of Appeals the Reporter's Record with the transcript of hearing held on July 1, 2015 before the Hon. Judge Schaffer on Defendant's Motion to Dismiss, and any and all exhibits attached thereto.

Please contact our office as to the cost for the aforementioned record and our office will submit payment to you immediately. Should you have any questions or concerns, please contact our office at (512) 279-6431.

Very truly yours,

Denton Navarro Rocha Bernal Hyde & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

GEORGE E. HYDE
SCOTT M. TSCHIRHART

GEH/SMT/ha
cc:     Christopher A. Prine                    Electronic Notification
        Clerk of the Court
        First Court of Appeals
        301 Fannin Street
        Houston, Texas 77002-2066

James E. "Trey" Trainor, III                 Electronic Notification
BEIRNE, MAYNARD & PARSON, L.L.P.
401 W. 15th Street, Suite 845
Austin, TX 78701

Joseph M. Nixon                             Electronic Notification
N. Terry Adams
BEIRNE, MAYNARD & PARSON, L.L.P.
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056-3000